**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-2336**

―――――――――

TONY LOVETTE,

Plaintiff - Appellant,

and

RUDOLPH S. SCOTT, JR.; JULIUS C. HIGGINS,

Plaintiffs,

versus

SONOCO PRODUCTS COMPANY,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-99-437-3-17)

―――――――――

Submitted:  March 9, 2001          Decided:  March 23, 2001

―――――――――

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Cletus K. Okpalaeke, OKPALAEKE LAW FIRM, Columbia, South Carolina,
for Appellant.  James M. Powell, Linda B. Rogers, HAYNSWORTH, BALD-
WIN, JOHNSON & GREAVES, L.L.C., Greensboro, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Lovette appeals the district court's order granting summary judgment in favor of his former employer, Sonoco Products Company, in his civil action alleging employment discrimination and wrongful termination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lovette v. Sonoco Prods. Co., No. CA-99-437-3-17 (D.S.C. Sept. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED